UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

----------------------------------------------------------

| | |
|---|---|
| THIRD DEGREE FILMS | |
| *Plaintiff,* | CIVIL ACTION No.:1:12-cv-10781 |
| v. | |
| | **MOTION FOR EXTENSION OF** |
| DOES 1-47, | **TIME TO OBTAIN LEGAL** |
| *Defendants* | **LEGAL COUNSEL** |

----------------------------------------------------------

FILED
2012 JUL -5 P 1:46

John Doe #5 asserts that a copy of the Order Granting Plaintiff's Emergency Ex-Parte Motion For Early Discovery was served upon him by regular U.S. Mail and did not allow sufficient time to consult with legal counsel.

John Doe #5 asserts that the IP address associated with the notice provided to him is not the IP address provided to him by his ISP.

John Doe #5 categorically denies any knowledge of any "illegal downloads" as referred to in the letter from his ISP.

John Doe #5 asserts that the internet access modem is a wireless connection and John Doe #5 has no control over any "jacked or bootlegged connections" to the ISP network.